IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEKSANDER SAVOSTIANOV ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> FEDERAL ADVOCATES, INC. *et al.*, ) <br> ) <br>    Defendants. ) <br> _____) | Civil Action No. 20-cv-01711 |

**JOINT STATUS REPORT**

Plaintiff Oleksander Savostianov and Defendants Federal Advocates, Inc. and Michael Esposito, by their respective counsel, and pursuant to the directives issued by this Court at the Scheduling Conference conducted on June 3, 2021, hereby provide notice to the Court that the Parties have reached a settlement of this dispute in principle, and are presently finalizing a written settlement agreement. The Parties will promptly notify this Court to request dismissal of this action upon completion of their settlement efforts and/or stay proceedings should they require additional time to conclude settlement discussions.

Dated: July 13, 2021             Respectfully submitted,

                                                     /s/ David M. E. Moon
                                                   David M.E. Moon Esq., Bar No. 1047947
                                                   LIPP LAW FIRM, PC
                                                   4000 Legato Road, Suite 1100
                                                   Fairfax, Virginia 22033
                                                   Telephone: (703) 896-7704
                                                   david@lipplawfirm.com
                                                   *Counsel for Plaintiff Oleksander Savostianov*

/s/ Roya Vasseghi
Roya Vasseghi, Esq., Bar No. 1014058
Vasseghi Law, PLLC
9663-A Main Street
Fairfax, Virginia 22031
Telephone: (703) 775-0905
roya@vasseghilaw.com
*Counsel for Defendants Federal Advocates, Inc.
and Michael Esposito*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 13, 2021, I filed a copy of the foregoing document through this Court's electronic filing system, which will send a copy of such to all counsel of record.

/s/ David M. E. Moon
David M.E. Moon Esq., Bar No. 1047947
LIPP LAW FIRM, PC
4000 Legato Road, Suite 1100
Fairfax, Virginia 22033
Telephone: (703) 896-7704
david@lipplawfirm.com
*Counsel for Plaintiff Oleksander Savostianov*