# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLEKSANDR SAVOSTIANOV,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL ADVOCATES, INC, *et al.*<br><br>    Defendants. | Civil Action No. 20-1711 (CKK) |

## ORDER
(July 15, 2021)

Upon receipt of the parties' [21] Joint Status Report and with the consent of the parties, it is, this 15th day of July, 2021, hereby

**ORDERED** that this action is **DISMISSED**; the dismissal shall be **without prejudice** until **AUGUST 16, 2021**. Should counsel fail to move to extend the deadline or to reopen this action by the designated date, the matter shall, without further order, stand dismissed **with prejudice**; and it is further

**ORDERED** that the Status Hearing currently scheduled for February 11, 2022 is hereby **VACATED**.

**SO ORDERED.**

                                                     /S/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge